IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.                                                Criminal No. 4:13CR40010-001

BRIAN LESLIE

## **FINAL ORDER OF FORFEITURE**

On August 2, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc.29). In the Preliminary Order of Forfeiture the following assets were forfeited to the United States, to wit:

1. Bushmaster, model XM15-E2S, .223 caliber rifle, serial number L522861;
2. Glock, model 22, .40 caliber pistol, serial number 01836DPD;
3. Smith & Wesson, model SW380, .380 caliber pistol, serial numberRAC2500;
4. Glock, model 17, 9mm pistol, serial number AZG784US;
5. Smith & Wesson, model 5906, 9mm pistol, serial number VCU2991;
6. Marlin, model 783, .22 caliber rifle, serial number 12678446;
7. Remington, model 552, .22 caliber rifle, with no serial number;
8. Leinad, model DD, 45/410 derringer, serial number M00024550;
9. CZ, model CZ82, 9mm pistol, serial number 039273;
10. Ruger, model Mark III, .22 caliber pistol, serial number 228-82569;
11. Glock, model 23, .40 caliber pistol, serial number BBW248US;
12. Taurus, model PT22, .22 caliber pistol, serial number Y131249;
13. Walther, model SP22, .22 caliber pistol, serial number KL005264;
14. Remington, model 870, 12 gauge shotgun, serial number D327383A;
15. Winchester, model 12, 12 gauge shotgun, serial number 307280;
16. Marlin, model 25MN, .22 caliber rifle, serial number 00371668;
17. Savage, model 93R17, 17 caliber rifle, serial number 1288977;
18. Walther, model PK380, .380 pistol, serial number PK072137;
19. Ruger, model 10/22, .22 caliber rifle, serial number 250-58768; and,
20. Keystone Sporting Arms, model cricket, .22 caliber rifle, serial number 466207

pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On

September 4, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on August 2, 2013, shall become final at this time.

IT IS SO ORDERED this 12 day of Dec., 2013.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 13 2013
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

2